# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, California limited liability company; NK IMMIGRATION SERVICES, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>        Defendants. | Case No.: 2:24-cv-00807-DJC-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR CMB DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 28 DAYS (L.R. 144)** |

**ORDER**

The Court, having considered the Stipulation to Extend Time for CMB Defendants Respond to Plaintiffs' Complaint by More than 28 Days, and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

Defendants CMB Export Infrastructure Investment Group 48, LP; CMB Export LLC; NK Immigration Services, LLC; Neal Lee; and Patrick Hogan (the "CMB Defendants") shall have 30 days after the date on which the Court issues a final ruling on Plaintiffs' Petition to Allow Complaint Against Attorney for Civil Conspiracy (Dkt. No. 4) in which to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  April 11, 2024                           /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE