# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, California limited liability company; NK IMMIGRATION SERVICES, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>          Defendants. | Case No.: 2:24-cv-00807-DJC-DB<br><br>**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO DISMISS BY THE CMB DEFENDANTS** |

**ORDER**

The Court, having considered the Stipulation for Briefing Schedule and Hearing Date on Motion to Dismiss by the CMB Defendants ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

The briefing schedule and hearing date on the motion to dismiss by Defendants CMB Export Infrastructure Investment Group 48, LP; CMB Export LLC; NK Immigration Services, LLC; Neal Lee; and Patrick Hogan (the "CMB Defendants") shall be as follows:

- Motion to Dismiss Deadline:   Thursday, July 25, 2024
- Opposition Deadline:   Thursday, September 5, 2024
- Reply Deadline:   Thursday, September 26, 2024
- Hearing Date:   Thursday, October 17, 2024, 1:30 pm

The parties shall file a joint status report pursuant to this Court's Initial Case Management Order, ECF No. 3, within twenty-eight (28) days after the Court's ruling on Defendants' forthcoming motion to dismiss.

IT IS SO ORDERED

Dated:  June 11, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE