```
1  CHRISTOPHER J. BAKES (SBN 99266)
   Christopher.Bakes@lewisbrisbois.com
2  JOHN S. POULOS (SBN 154689)
   John.Poulos@lewisbrisbois.com
3  MATTHEW D. TAGGART (SBN 227482)
   Matt.Taggart@lewisbrisbois.com
4  TIMOTHY J. NALLY (SBN 288728)
   Timothy.Nally@lewisbrisbois.com
5  LEWIS BRISBOIS BISGAARD & SMITH LLP
   2020 W. El Camino Ave., Suite 700
6  Sacramento, CA 95833
   Telephone: (916) 646-8234
7  Facsimile: (916) 564-5444

8  Attorneys for Defendant,
   LEWIS BRISBOIS BISGAARD & SMITH, LLP,
9  a California limited liability partnership
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, Jing Cai, Yikun Cai, Yang Cao, Gongyi Chen, Huan Chen, Mei Chen, Peng Chen, Teck Fook Choong, Xinjing Dai, Jinlian Deng, Jiangwei Dong, Ailian Du, Yu Duan, Chunlei Fan, Qingqi Fan, Xiaozhen Fei, Yihui Feng, Lu Gan, Xiaohua Gao, Zhi Geng, Zhaoxia Gong, Ding Gu, Xiaoxuan Gu, Peihe Guo, Caiying He, Xiao Hong, Yilun Hu, Jing Huang, Qiuwei Huang, Xiao Huang, Chunxia Jiang, Chuan Jin, Wenying Jin, Lili Kong, Florent Lepvreau, Fang Li, Lanhua Li, Min Li, Yang Li, Yuetong Li, Yuping Li, Zehao Li, Fang Lin, Hai Lin, Zhichun Lin, Zhishan Lin, Guishu Liu, Hongqin Liu, Huayu Liu, Xiaohong Liu, Xiaomin Liu, Caiyuan Lu, Jian Lu, Danni Ma, Zhuo Mao, Vijay Vyas Mohan, Pengfei Pan, Haijian Pang, Zipeng Qi, Qing Qian, Liqun Ren, Haoran Shan, Shengxuan Shao, Xinyi Shen, Yang Shi, Ce Song, Jing Sun, Jingwei Sun, Ling Sun, Xiaoling Sun, Weigang Chen, Mingji Tan, Ao Tang, Yang Tang, Ziwen Tao, Yezhou Tong, Ying Wan, Cuiwei Wang, Fang Wang, Shanwen Wang, Ying Wang, Yuntao Wang, Zhiyong Wang, Ziyi Wang, Yanfei Wu, Hao Xian, Feng Xin, Yinghua Xing, Yingjie Xing, Yu Xing, Tianjing Xu, Shouxin Yang, Shuwen Yang, Yaqi Yang, Hong Ye, Siyu Ye, Li Yu, | Case No. 2:24-cv-00807-DJC-DB<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEADLINES RELATING TO LEWIS BRISBOIS BISGAARD & SMITH, LLP'S MOTION TO DISMISS** |

| | |
|---|---|
| 1 | Meiying Yu, Xiaoman Yu, Xiwen Yu, Lei Zeng, Chi Zhang, Haoliang Zhang, Hong Zhang, Jing Zhang, Mei Zhang, Shengwu Zhang, Wenxi Zhang, Xiane Zhang, XiaoJiang Zhang, Xin, Zhang, Yong Zhang 1, Yong Zhang 2, Zhaoqian Zhang, Zhenhu Zhang, Chunhui Zhao, Donghui Zhao, Fang Zhao, Jing Zhao, Lu Zhao, Xin Zhao, Yefan Zhao, Jiehan Zheng, Jiankun Zhu, Jing Zhu, Jie Zou, Mohammad Aslam Khan, Yongsong Li, Yajun Ren, Yidong Ren, Lixun Su, Da Wei, Xufeng Wu, Hao Deng, Jie Gao, Yu Hu, Tao Ma, Yaying Wang, Min Yu, Hong Zeng, Zhiyu Chen, Long Ma, Shanshan Peng, Binyu Shen, Tianli Yu, Jianping Hao, Henry Huang, Shixin Liu, Fan Shi, Yang Yang, Yali Chen, Hongjing Yin, Bei Zhu, Yilong Zhang, Lemeng Nie, Ye Tian, Jingxuan Zhu, Zhiqi Lei, Siufan Wong, Ling Zhang, Chuan Qin, Youwei Chen, He Jiang, Jiacheng Wang, Ting Wang, Wenhua Wang, Yichi Zhang, Yiming Hu, Wei Liu, Zhe Yuan, Di Zhang, Siyuan Liu, Tan Zhang, Jiaoyue Zhao, Yuanbo Li, Ming Qu, Hang Yu, Yitao Yu, Di Ouyang, Yuxiao Wang, Min Zhou, Yafei Yan, Caihuan Fang, and Sen Chi Fong, |

Plaintiffs,

v.

CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, California limited liability company; NK IMMIGRATION SERVICES, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,

Defendants.

142217105.1

2

ORDER ON JOINT STIPULATION TO EXTEND DEADLINES RELATING TO LEWIS BRISBOIS BISGAARD & SMITH, LLP'S MOTION TO DISMISS

## **ORDER**

The Court, having considered the Joint Stipulation to Extend Deadlines Relating to Lewis Brisbois Bisgaard & Smith, LLP's Motion to Dismiss ("Stipulation"), and for good cause shown, hereby ORDERS as follows:

1. Lewis Brisbois shall have until Monday, July 15, 2024, to file its Motion to Dismiss and shall notice said motion for hearing on October 17, 2024 at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta;

2. Plaintiffs shall have until Monday, August 12, 2024, to file their Opposition to Lewis Brisbois' Motion to Dismiss; with

3. Lewis Brisbois' Reply deadline to be Thursday, August 22, 2024.

IT IS SO ORDERED.

DATED: July 1, 2024                /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE