Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Lex Conboy (SBN 345251)
conboya@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

Karla M. Vehrs (pro hac vice)
Kathryn E. Wendt (pro hac vice)
**BALLARD SPAHR LLP**
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
vehrsk@ballardspahr.com
wendtk@ballardspahr.com

Attorneys for Defendants CMB Export
Infrastructure Investment Group 48, LP;
CMB Export LLC; NK Immigration Services, LLC;
Neal Lee; and Patrick Hogan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHI BAI, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, a Texas limited liability company; NK IMMIGRATION SERVICES, LLC, a Texas limited liability company; NEAL LEE, a Texas resident; PATRICK HOGAN, a Texas resident; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>            Defendants. | Case No.: 2:24-cv-00807-DJC-DB<br><br>**ORDER GRANTING CMB DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMIT FOR THEIR MOTION TO DISMISS** |

## **ORDER**

The Court, having reviewed the Unopposed Motion for Administrative Relief to Extend Page Limit for their Motion to Dismiss filed by Defendants CMB Export Infrastructure Investment Group 48, LP, CMB Export LLC, NK Immigration Services, LLC, Patrick Hogan, and Neal Lee (collectively, the "CMB Defendants"), hereby ORDERS:

1. The CMB Defendants' motion is supported by good cause, and is GRANTED.

2. The page limit for the CMB Defendants' memorandum in support of their forthcoming motion to dismiss is extended from 25 pages to 40 pages.

IT IS SO ORDERED.

Dated:  July 25, 2024             /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE