# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, California limited liability company; NK IMMIGRATION SERVICES, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>               Defendants. | Case No.: 2:24-cv-00807-DJC-DB<br><br>**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE ON CMB DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**ORDER**

The Court, having considered the Stipulation for Briefing Schedule and Hearing Date on CMB Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

The briefing schedule and hearing date on the Motion to Dismiss Plaintiffs' First Amended Complaint by Defendants CMB Export Infrastructure Investment Group 48, LP; CMB Export LLC; NK Immigration Services, LLC; Neal Lee; and Patrick Hogan (the "CMB Defendants") shall be as follows:

- Motion to Dismiss Deadline:   Tuesday, July 30, 2024
- Opposition Deadline:   Thursday, September 5, 2024
- Reply Deadline:   Thursday, September 26, 2024
- Hearing Date:   Thursday, October 17, 2024, 1:30 pm

IT IS SO ORDERED

Dated:  July 30, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE