**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
Robert V. Cornish, Jr. (*pro hac vice*)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CMB Export Infrastructure Investment Group 48, LP, a Delaware limited partnership; CMB Export LLC, California limited liability company; NK Immigration Services, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership, <br><br> *Defendants*. | Case No. 2:24-cv-00807-DJC-SCR <br><br> **ORDER ON PLAINTIFFS' STIPULATION WITH LEWIS BRISBOIS BISGAARD & SMITH LLP FOR BRIEFING SCHEDULE ON LEWIS BRISBOIS BISGAARD & SMITH LLP'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> <u>Hearing</u> <br> Date:  October 31, 2024. <br> Time:  1:30 p.m. <br> Place: Courtroom 10 <br>          501 I Street <br>          Sacramento, CA 95814. |

The Court, having considered *Plaintiffs' Stipulation with Lewis Brisbois Bisgaard & Smith LLP for Briefing Schedule on Lewis Brisbois Bisgaard & Smith LLP's Motion to Dismiss First Amended Complaint* ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall have until August 27, 2024 to file their opposition to LB's Motion to Dismiss; and

2. Defendant LB shall have until September 13, 2024 to file their reply.

IT IS SO ORDERED.

Dated: August 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE