1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  Shi Bai, *et al.*, | Case No. 2:24-cv-00807-DJC-SCR |
| 11           *Plaintiffs,* | |
| 12  v. | **ORDER GRANTING STIPULATION FOR REVISED BRIEFING SCHEDULE ON CMB DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| 13  CMB Export Infrastructure Investment | |
| 14  Group 48, LP, a Delaware limited partnership; CMB Export LLC, a Texas | |
| 15  limited liability company; NK Immigration Services, LLC, a Texas limited liability | |
| 16  company; Neal Lee, an individual; Patrick | Hearing |
| 17  Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a | Date:  October 17, 2024 Time:  1:30 p.m. |
| 18  California Limited Liability Partnership, | Place: Courtroom 10 |
| 19           *Defendants.* |          501 I Street          Sacramento, CA 95814 |
| 20 | |

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION FOR REVISED BRIEFING SCHEDULE
ON CMB DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

## <u>ORDER</u>

The Court, having considered the Stipulation for Revised Briefing Schedule on CMB Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

1.     Plaintiff's deadline to oppose the CMB Defendants' Motion to Dismiss shall be extended by four days from September 5, 2024 to September 9, 2024;

2.     The CMB Defendants' deadline to file a reply (September 26, 2024) and the current hearing date (October 17, 2024 at 1:30 p.m.) shall remain unchanged.

IT IS SO ORDERED.

Dated:  September 6, 2024                    /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION FOR REVISED BRIEFING SCHEDULE
ON CMB DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT