UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHI BAI, et al., | No. 2:24-cv-00807-DJC-SCR |
| Plaintiffs, | |
| v. | |
| CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, et al., | |
| Defendants. | |
| CHEN FANG, et al., | No. 2:24-cv-01618-DJC-SCR |
| Plaintiffs, | |
| v. | RELATED CASE ORDER |
| CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, et al., | |
| Defendants. | |

Plaintiff has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve the many of the same parties, are based on the same or a similar claim, and involve the same property, transaction, or

1

event.  Local Rule 123(a)(1), (2).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS HEREBY ORDERED that these actions shall be designated as related.  As both actions are presently assigned to the same District Judge and Magistrate Judge, no reassignment is necessary.

IT IS SO ORDERED.

Dated:   **September 6, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – bai24cv00807.related_cases