JOHN S. POULOS (SBN 154689)
John.Poulos@lewisbrisbois.com
MATTHEW D. TAGGART (SBN 227482)
Matt.Taggart@lewisbrisbois.com
TIMOTHY J. NALLY (SBN 288728)
Timothy.Nally@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2020 W. El Camino Ave., Suite 700
Sacramento, CA 95833
Telephone: (916) 646-8234
Facsimile: (916) 564-5444

Attorneys for Defendant,
LEWIS BRISBOIS BISGAARD & SMITH LLP,
a California limited liability partnership

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHI BAI, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, ET AL.,<br><br>Defendants. | Case No.: 2:24-cv-00807-DJC-SCR<br><br>**ORDER ON ADMINISTRATIVE MOTION TO EXTEND DEFENDANT LEWIS BRISBOIS BISGAARD & SMITH, LLP'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Having considered the Administrative Motion to Extend Defendant Lewis Brisbois Bisgaard & Smith LLP's ("Lewis Brisbois") Time to Respond to Second Amended Complaint, the Court hereby GRANTS the Motion and ORDERS that Lewis Brisbois shall file its responsive pleading no later than June 20, 2025.

IT IS SO ORDERED.

Dated: May 21, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE