1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   Shi Bai, *et al.*,                          |   Case No.: 2:24-cv-00807-DJC-DB

12                          Plaintiffs,           |   **ORDER GRANTING STIPULATION RE:
                                                      BRIEFING SCHEDULE ON CMB
13   v.                                               DEFENDANTS' MOTION TO DISMISS
                                                      SECOND AMENDED COMPLAINT**
14   CMB EXPORT INFRASTRUCTURE
     INVESTMENT GROUP 48, LP, a Delaware
15   limited partnership; CMB EXPORT LLC,
     Texas limited liability company; NK
16   IMMIGRATION SERVICES, LLC, a Texas
     limited liability company; Neal Lee, an
17   individual; Patrick Hogan, an individual; and
     LEWIS BRISBOIS BISGAARD & SMITH
18   LLP, a California Limited Liability
     Partnership,
19
20                          Defendants.

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO
DISMISS SECOND AMENDED COMPLAINT

## ORDER

The Court, having considered the Stipulation for Revised Briefing Schedule on CMB Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

The briefing schedule and hearing date on the CMB Defendants' Motion shall be as follows:

1. Defense Brief Due:        June 30, 2025; and

2. Plaintiff's Brief Due:    August 29, 2025; and

3. Reply Brief:              September 19, 2025; and

4. Hearing on Motion:        October 2, 2025

IT IS SO ORDERED.

Dated:  May 23, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT