**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
Robert V. Cornish, Jr. (*pro hac vice*)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>CMB Export Infrastructure Investment Group 48, LP, a Delaware limited partnership; CMB Export LLC, California limited liability company; NK Immigration Services, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>    *Defendants*. | Case No. 2:24-cv-00807-DJC-SCR<br><br>**ORDER ON PLAINTIFFS' STIPULATION RE: BRIEFING SCHEDULE ON LEWIS BRISBOIS BISGAARD & SMITH LLP'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br><u>Hearing</u><br>Date:  October 2, 2025<br>Time:  1:30 p.m.<br>Place: Courtroom 10<br>         501 I Street<br>         Sacramento, CA 95814 |

The Court, having considered the *Stipulation Re: Briefing Schedule on Lewis Brisbois Bisgaard & Smith LLP's Motion to Dismiss Second Amended Complaint* (the "Stipulation"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall have until July 25, 2025 to file their opposition to LB's Motion to Dismiss; and

2. Defendant LB shall have until August 15, 2025 to file their reply.

IT IS SO ORDERED.

Dated: July 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE