# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, California limited liability company; NK IMMIGRATION SERVICES, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>         Defendants. | Case No.: 2:24-cv-00807-DJC-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR CMB DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT** |

1

ORDER GRANTING STIPULATION TO EXTEND TIME FOR CMB DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT

## **ORDER**

The Court, having considered the Stipulation of Plaintiffs Shi Bai, et al. ("Plaintiffs") and Defendants CMB Export Infrastructure Investment Group 48, LP, CMB Export LLC, NK Immigration Services, LLC, Neal Lee, and Patrick Hogan (collectively, the "CMB Defendants"), and good cause appearing,

IT IS HEREBY ORDERED that:

The CMB Defendants shall have up to and including May 22, 2026, to file a response to Plaintiffs' Third Amended Complaint.

IT IS SO ORDERED.

Dated:  April 27, 2026                              /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

2