Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Brianna R. Howard (SBN 314642)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

Karla M. Vehrs (pro hac vice)
**BALLARD SPAHR LLP**
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
vehrsk@ballardspahr.com

Attorneys for Defendants
CMB Export Infrastructure Investment
Group 48, LP; CMB Export LLC; NK Immigration
Services, LLC; Neal Lee; and Patrick Hogan

Keren E. Gesund (SBN 253242)
Robert V. Cornish, Jr. (*pro hac vice*)
**LAW OFFICES OF ROBERT V.
CORNISH, JR. PC**
7464 West Sahara Avenue
Las Vegas, NV 89117
keren@rcornishlaw.com
rcornish@rcornishlaw.com

Attorneys for Plaintiffs

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.*,<br><br>                 Plaintiffs,<br>    v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, California limited liability company; NK IMMIGRATION SERVICES, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,<br><br>                Defendants. | Case No.: 2:24-cv-00807-DJC-DB<br><br>**JOINT REQUEST TO EXTEND DEADLINE TO FILE A JOINT STATUS REPORT**<br><br>[Proposed Order submitted herewith]<br><br>Current Deadline:  May 5, 2026<br>Proposed Deadline:  May 26, 2026 |

**JOINT REQUEST FOR A COURT ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT**

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to L.R. 144, Plaintiffs Shi Bai, et al. ("Plaintiffs") and Defendants CMB Export Infrastructure Investment Group 48, LP, CMB Export LLC, NK Immigration Services, LLC, Neal Lee, and Patrick Hogan's (the "CMB Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly request an order by the Court as follows:

WHEREAS, on April 30, 2025, Plaintiffs filed their Second Amended Complaint in this action (Dkt. 69);

WHEREAS, on March 31, 2026, the Court entered an Order (ECF 86) granting in part and denying in part Defendants' motion to dismiss the Second Amended Complaint. The Court also previously ordered the parties to file a joint status report pursuant to the Court's initial case management order within 35 days after the Court's ruling on the motion to dismiss, making the deadline to file the status report May 5, 2026 (Dkt. 77);

WHEREAS, counsel for the Parties are actively involved in discussing the case management and scheduling topics set forth in the Court's initial case management order, but would benefit from additional time to discuss and advise the Court on their proposals.

NOW THEREFORE, the Parties hereby respectfully request that the Court extend the deadline for the Parties to file a joint status report to May 26, 2026.

DATED:  May 1, 2026

By:  */s/ Scott S. Humphreys*

Scott S. Humphreys (SBN 298021)
Brianna R. Howard (SNB314642)
Karla M. Vehrs (Pro Hac Vice)

*Attorneys for Defendants*
*CMB Export Infrastructure Investment*
*Group 48, LP; NK Immigration*
*Services, LLC; Neal Lee; and*
*Patrick Hogan*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

2

**JOINT REQUEST FOR A COURT ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT**

DATED:  May 1, 2026

By: */s/ Robert V. Cornish, Jr.*
(as authorized on May 1, 2026)

Keren Gesund  (SBN 253242)
Robert V. Cornish, Jr.  (*Pro Hac Vice*)

*Attorneys for Plaintiffs*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

3

**JOINT REQUEST FOR A COURT ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT**

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

## ORDER

Pursuant to the foregoing Joint Request, IT IS HEREBY ORDERED that the deadline for the Parties to file a joint status report is extended by three weeks from May 5, 2026 to May 26, 2026.

IT IS SO ORDERED.


Dated:  May 1, 2026                              /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**ORDER**