**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Robert V. Cornish, Jr. (*pro hac vice*)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: rcornish@rcornishlaw.com

Hadjar Anahita Ohadi (SBN 358387)
9800 Wilshire Blvd
Beverly Hills, CA 90212
Tel: (213) 871-7788
Email: aohadi@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, Jing Cai, Yikun Cai, Yang Cao, Gongyi Chen, Huan Chen, Mei Chen, Peng Chen, Teck Fook Choong, Xinjing Dai, Jinlian Deng, Jiangwei Dong, Ailian Du, Yu Duan, Chunlei Fan, Qingqi Fan, Xiaozhen Fei, Yihui Feng, Lu Gan, Xiaohua Gao, Zhi Geng, Zhaoxia Gong, Ding Gu, Xiaoxuan Gu, Peihe Guo, Caiying He, Xiao Hong, Yilun Hu, Jing Huang, Qiuwei Huang, Xiao Huang, Chunxia Jiang, Chuan Jin, Wenying Jin, Lili Kong, Florent Lepvreau, Fang Li, Lanhua Li, Min Li, Yang Li, Yuetong Li, Yuping Li, Zehao Li, Fang Lin, Hai Lin, Zhichun Lin, Zhishan Lin, Guishu Liu, Hongqin Liu, Huayu Liu, Xiaohong Liu, Xiaomin Liu, Caiyuan Lu, Jian Lu, Danni Ma, Zhuo Mao, Vijay Vyas Mohan, Pengfei Pan, Haijian Pang, Zipeng Qi, Qing Qian, Liqun Ren, Haoran Shan, Shengxuan Shao, Xinyi Shen, Yang Shi, Ce Song, Jing Sun, Jingwei Sun, Ling Sun, Xiaoling Sun, Weigang Chen, Mingji Tan, Ao Tang, Yang Tang, Ziwen Tao, Yezhou Tong, Ying Wan, Cuiwei Wang, Fang Wang, Shanwen Wang, Ying Wang, Yuntao Wang, Zhiyong Wang, Ziyi Wang, Yanfei Wu, Hao Xian, Feng Xin, Yinghua Xing, Yingjie Xing, Yu Xing, Tianjing Xu, Shouxin Yang, Shuwen Yang, Yaqi Yang, Hong Ye, Siyu Ye, Li Yu, | Case No. 2:24-cv-00807-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR CMB AND LB DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT** |

1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED
COMPLAINT

Meiying Yu, Xiaoman Yu, Xiwen Yu, Lei Zeng, Chi Zhang, Haoliang Zhang, Hong Zhang, Jing Zhang, Mei Zhang, Shengwu Zhang, Wenxi Zhang, Xiane Zhang, XiaoJiang Zhang, Xin Zhang, Yong Zhang 1, Yong Zhang 2, Zhaoqian Zhang, Zhenhu Zhang, Chunhui Zhao, Donghui Zhao, Fang Zhao, Jing Zhao, Lu Zhao, Xin Zhao, Yefan Zhao, Jiehan Zheng, Jiankun Zhu, Jing Zhu, Jie Zou, Mohammad Aslam Khan, Yongsong Li, Yajun Ren, Yidong Ren, Lixun Su, Da Wei, Xufeng Wu, Hao Deng, Jie Gao, Yu Hu, Tao Ma, Yaying Wang, Min Yu, Hong Zeng, Zhiyu Chen, Long Ma, Shanshan Peng, Binyu Shen, Tianli Yu, Jianping Hao, Henry Huang, Shixin Liu, Fan Shi, Yang Yang, Yali Chen, Hongjing Yin, Bei Zhu, Yilong Zhang, Lemeng Nie, Ye Tian, Jingxuan Zhu, Zhiqi Lei, Siufan Wong, Ling Zhang, Chuan Qin, Youwei Chen, He Jiang, Jiacheng Wang, Ting Wang, Wenhua Wang, Yichi Zhang, Yiming Hu, Wei Liu, Zhe Yuan, Di Zhang, Siyuan Liu, Tan Zhang, Jiaoyue Zhao, Yuanbo Li, Ming Qu, Hang Yu, Yitao Yu, Di Ouyang, Yuxiao Wang, Min Zhou, Yafei Yan, Caihuan Fang, Sen Chi Fong, James Tomlinson, Luis Gustavo Grubert Valensuela a/k/a Gustavo Valensuela, Yan Xu, Volker Schauz, Farnoosh Azmoodeh, Antonio Duarte, Aristoteles Rodopoulos, Kaled Naser, and Valéry-Paul Guichon,

*Plaintiffs,*

v.

CMB Export Infrastructure Investment Group 48, LP, a Delaware limited partnership; CMB Export LLC, California limited liability company; NK Immigration Services, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership,

*Defendants.*

2

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT

**ORDER**

The Court, having considered the Stipulation of Plaintiffs  Shi Bai, et al. and Defendants CMB Export Infrastructure Investment Group 48, LP, CMB Export LLC, NK Immigration Services, LLC, Neal Lee, and Patrick Hogan (collectively, the "CMB Defendants) and Defendant " LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership (the "LB Defendant"), and good cause appearing,

IT IS HEREBY ORDERED that:

Plaintiff shall file a corrected Third Amended Complaint by May 22, 2026; and The CMB Defendants and LB Defendant shall have up to and including June 12, 2026, to file a response to Plaintiffs' corrected Third Amended Complaint.   So as to ensure coordination with the related case *Fang v. CMB Export Infrastructure Investment Group 48 L.P., et al.*, Case No. 2:24-cv-01618, no further extensions of time are contemplated by the Court.

IT IS SO ORDERED.

Dated:  May 20, 2026                              /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT