**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Robert V. Cornish, Jr. (pro hac vice)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: rcornish@rcornishlaw.com

Hadjar Anahita Ohadi (SBN 358387)
9800 Wilshire Blvd
Beverly Hills, CA 90212
Tel: (213) 871-7788
Email: aohadi@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHI BAI, ET AL., | Case No.:  2:24-cv-00807-DJC-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, ET AL., | |
| Defendant. | |

Pursuant to the foregoing Joint Request, IT IS HEREBY ORDERED that the deadline for the Parties to file a joint status report is extended by three weeks from May 26, 2026, to June 16, 2026.

IT IS SO ORDERED.

Dated:  May 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER