**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Robert V. Cornish, Jr. (*pro hac vice*)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: rcornish@rcornishlaw.com

Hadjar Anahita Ohadi (SBN 358387)
9800 Wilshire Blvd
Beverly Hills, CA 90212
Tel: (213) 871-7788
Email: aohadi@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shi Bai, *et al.* | Case No. 2:24-cv-00807-DJC-SCR |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |
| CMB Export Infrastructure Investment Group 48, LP, a Delaware limited partnership; CMB Export LLC, California limited liability company; NK Immigration Services, LLC, an Illinois limited liability company; Neal Lee, an individual; Patrick Hogan, an individual; and LEWIS BRISBOIS BISGAARD & SMITH LLP, a California Limited Liability Partnership, | |
| Defendants. | |

**ORDER**

Pursuant to the parties' Joint Stipulation, IT IS HEREBY ORDERED that the briefing schedule and hearing date on Defendants' respective Motions to Dismiss shall be as follows:

Plaintiffs' Opposition Briefs:          July 16, 2026

Defendants' Reply Briefs:              August 13, 2026

Court Hearing:                        August 27, 2026 at 1:30 p.m.


IT IS SO ORDERED.


Date: _6/29/2026_____          ___/s/ Daniel J. Calabretta_____  _____
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT COURT JUDGE