# United States District Court
# Eastern District of California

Shi Bai, et al.

Plaintiff(s)

V.

CMB Export Infrastructure Investment Group 48, LP, et al.

Defendant(s)

Case Number: 2:24-cv-00807-DJC-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Devon Holstad hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

CMB Export Infrastructure Investment Group 48, LP; CMB Export LLC; NK Immigration Services, LLC; Neal Lee; Patrick Hogan

On 06/21/2026 (date), I was admitted to practice and presently in good standing in the State of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/29/2026 Signature of Applicant: /s/ Devon Holstad

**Pro Hac Vice Attorney**

Applicant's Name: Devon Holstad

Law Firm Name: Ballard Spahr LLP

Address: 80 South 8th Street, Suite 2000

City: Minneapolis State: MN Zip: 55402

Phone Number w/Area Code: (612) 371-3214

City and State of Residence: Stillwater, Minnesota

Primary E-mail Address: holstadd@ballardspahr.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Scott S. Humphreys

Law Firm Name: Ballard Spahr LLP

Address: 2029 Century Park East, Suite 1400

City: Los Angeles State: CA Zip: 90067-2915

Phone Number w/Area Code: (424) 204-4400 Bar # 298021

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 3, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE